# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:04CV402

| | |
|---|---|
| LEAD TECHNOLOGIES, INC., <br>     Plaintiff, <br> <br> v. <br> <br> ACQUIRO MEDICAL SYSTEMS, INC. <br> and GABRIEL E. PISLARU, <br>     Defendants. | ) <br> ) <br> ) <br> )   **ORDER** <br> ) <br> ) <br> ) <br> ) <br> ) |

**THIS MATTER IS BEFORE THE COURT** on the "Defendants' Motion to Compel" (Document No. 13) and the "Memorandum in Support of Defendants' Motion ..." (Document No. 14), both filed March 4, 2005 by Acquiro Medical Systems, Inc. ("Acquiro") and Gabriel E. Pislaru; "LEAD's Response in Opposition ..." (Document No. 16), filed March 21, 2005 by LEAD Technologies, Inc. ("LEAD"); and "Reply in Support ..." (Document No. 17), filed April 4, 2005 by Acquiro and Mr. Pislaru. For the reasons set forth in the hearing held Monday, May 23, 2005, the undersigned will grant in part and deny in part the Motion to Compel.

**IT IS, THEREFORE, ORDERED** that the "Defendants' Motion to Compel" (Document No. 13) is hereby **GRANTED IN PART AND DENIED IN PART**; that is,

1. With respect to Interrogatory Nos. 2, 4 and 6, the Motion to Compel is **GRANTED**, and LEAD shall respond as directed within twenty days of the entry of this Order;

2. With respect to Interrogatory No. 12, the Motion to Compel is **GRANTED**, and LEAD shall respond as directed within twenty days of the entry of this Order; and

3. With respect to Request for Production Nos. 9-12, the Motion to Compel is

**DENIED AS MOOT**.

**Signed: May 24, 2005**

David C. Keesler
United States Magistrate Judge