FILED
CHARLOTTE, N. C.

JUL 2 2 2005

U. S. DISTRICT COURT
W. DIST. OF N. C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| LEAD TECHNOLOGIES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 3:04CV402 |
| ) | |
| ACQUIRO MEDICAL SYSTEMS, INC. ) | |
| and GABRIEL E. PISLARU, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon the joint motion of Plaintiff LEAD Technologies, Inc. ("LEAD") and Defendants Acquiro Medical Systems, Inc. and Gabriel E. Pislaru ("Defendants"), and for good cause shown, it is hereby **ORDERED** that this litigation, including all deadlines and obligations relating thereto, is stayed for thirty (30) days following the conclusion of settlement discussions between the parties, such discussions to be concluded no later than August 15, 2005. It is further **ORDERED** that counsel for LEAD will immediately inform the Court if settlement discussions are concluded prior to August 15, 2005.

Finally, LEAD's *Motion to Amend the Complaint* and *Motion to Extend Discovery and to Postpone the Deadline for Expert Reports* are withdrawn without prejudice to LEAD's right to refile these motions should settlement discussions not be successful.

This 21st day of July, 2005.

*Carl Horn, III*
Carl Horn
United States Magistrate Judge