IN THE UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| LEAD TECHNOLOGIES, Inc. ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | Case No. 3:04cv402 |
| ) | |
| ACQUIRO MEDICAL SYSTEMS, INC. ) | |
| and GABRIEL E. PISLARU ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon the joint motion of Plaintiff LEAD Technologies, Inc. ("LEAD") and Defendants Acquiro Medical Systems, Inc. and Gabriel E. Pislaru ("Defendants"), and for good cause shown, it is **ORDERED** that the stay of this litigation, originally entered by the Order of July 21, 2005, is extended for an additional sixty (60) day period ending on Monday, November 14, 2005.

This 13th day of September, 2005.

_____
CARL HORN, III
U.S. Magistrate Judge