# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | |
|---|---|
| LEAD TECHNOLOGIES, Inc. ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | Case No. **3:04CV402** |
| ) | |
| ACQUIRO MEDICAL SYSTEMS, INC. ) | |
| and GABRIEL E. PISLARU ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon the joint motion of Plaintiff LEAD Technologies, Inc. ("LEAD") and Defendants Acquiro Medical Systems, Inc. and Gabriel E. Pislaru ("Defendants"), and for good cause shown, it is **ORDERED** that the stay of this litigation, originally entered by Order filed July 21, 2005, is extended through February 13, 2006.

**SO ORDERED**.

Signed: November 11, 2005

Carl Horn, III
United States Magistrate Judge